IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHAEL JOHN REESE,**

    Plaintiff,

v.                                                                                   Civil Action No. **3:21CV282**

**MEHERRIN RIVER REGIONAL JAIL,**

    Defendant.

**MEMORANDUM OPINION**

Plaintiff, a Virginia inmate proceeding *pro se*, has submitted a letter requesting information on the status of an old case without providing any identifying information. (ECF No. 1.) The Court reviewed its docketing system and found two cases that Plaintiff filed that were closed in 2018, and 2020, respectively. *See Reese v. Commonwealth of Virginia*, No. 3:17CV675 (E.D. Va. Jan 1, 2018) (granting voluntary dismissal); *Reese v. Lt. Jacobs*, No. 3:18CV140, 2020 WL 1269786 (E.D. Va. Mar. 16, 2020) (granting summary judgment and dismissing claims with prejudice). Accordingly, by Memorandum Order entered on May 6, 2021, the Court explained to Plaintiff that he had no pending action in this Court that he could continue to litigate.

Nevertheless, the Court noted that the Clerk already mailed Plaintiff a standardized form for filing a 42 U.S.C. § 1983 complaint. The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within fourteen (14) days of the date of entry thereof,[1] and if he failed to take any action within the fourteen (14) days, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

---

[1] The Court explained that Plaintiff may not attempt to relitigate his claims that were dismissed with prejudice, and that the Court would summarily dismiss such an action if he failed to heed the Court's warning.

More than fourteen (14) days have elapsed and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: 8 June 2021
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge